

Government Exhibit
6
Case
15-CR-1032-LRR



US v. Metcalf
15-CR-1032-LRR
Exhibit 6, Page 2

