



US v. Metcalf
15-CR-1032-LRR
Exhibit 7, Page 2

Case 2:15-cr-01032-CJW-MAR   Document 97-4   Filed 03/30/16   Page 2 of 4



US v. Metcalf
15-CR-1032-LRR
Exhibit 7, Page 3

Case 2:15-cr-01032-CJW-MAR   Document 97-4   Filed 03/30/16   Page 3 of 4

